EXHIBIT "A"

FILED: BRONX COUNTY CLERK 12/23/2025 02:38 PM

NYSCEF DOC. NO. 1

INDEX NO. 826516/2025E

RECEIVED NYSCEF: 12/23/2025

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

---------------------------------------------------------------X

MARIA RENDON,

Plaintiff,

vs.

WERNER ENTERPRISES, INC., WALMART, INC., TJX COMPANIES, INC., JOHN DOE, JANE DOE, RON ROE SUE SOE, ABC CORP, XYZ CORP., and NEW JERSEY MANUFACTURERS INSURANCE COMPANY,

Defendants.

---------------------------------------------------------------X

Index No.:
Date Filed:

Plaintiff designates BRONX County as the place of trial.

The basis of venue is Location of Accident

**SUMMONS**

Defendant Address:
Cross Bronx Expressway
Bronx, New York

TO THE ABOVE-NAMED DEFENDANT(S):

    **YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve your Answer, or, if the Complaint is not served with this summons, to serve a notice of appearance, on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: December 22, 2025

CHARLES M. HAMMER, ESQ.

By: _____

    Charles Hammer, Esq.
    Attorney for Plaintiff
    3 Barker Lane
    P.O. Box 1038
    Quogue, NY 11959-1038
    (631) 996-2838

FILED: BRONX COUNTY CLERK 12/23/2025 02:38 PM

NYSCEF DOC. NO. 1

INDEX NO. 826516/2025E

RECEIVED NYSCEF: 12/23/2025

Defendants' Address:

WERNER ENTERPRISES, INC.,
c/o Secretary of State

WALMART, INC.
c/o Secretary of State

TJX COMPANIES, INC.
c/o Secretary of State

NEW JERSEY MANUFACTURERS, INC.,
301 Sullivan Way
PO Box 428
West Trenton, NJ 08628-0227

Upon your failure to appear, judgment will be taken against you by default for an amount exceeding the jurisdictional limit of this Court.

FILED: BRONX COUNTY CLERK 12/23/2025 02:38 PM
NYSCEF DOC. NO. 1

INDEX NO. 826516/2025E
RECEIVED NYSCEF: 12/23/2025

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

-------------------------------------------------------X

MARIA RENDON.                                                          INDEX NO:

            Plaintiff,                                           VERIFIED COMPLAINT

vs.

WERNER ENTERPRISES, INC., WALMART, INC., TJX
COMPANIES, INC.. JOHN DOE, JANE DOE, RON ROE,
SUE SOE, ABC Corp., XYZ Corp, and NEW JERSEY
MANUFACTURERS INSURANCE COMPANY

            Defendants.

-------------------------------------------------------X

Plaintiff, **MARIA RENDON**, by her attorney, **CHARLES M. HAMMER, ESQ.**, as and

for her Complaint respectfully alleges:

## AS AND FOR A FIRST CAUSE OF ACTION

1. On or about September 29, 2023, Plaintiff, Maria Rendon, a New Jersey resident was the operator of a motor vehicle at or about the Cross-Bronx Expressway, Bronx, New York.

2. At or about the aforesaid time and place, Defendant Werner Enterprises, Inc. (hereinafter "WERNER") was the owner, and/or lessor, and/or lessee of a motor vehicle at or about the Cross Bronx Expressway, Bronx, New York bearing Nebraska license plate number 40581W, which included the truck, tractor, and/or trailer.

3. At or about the aforesaid time and place, Defendant Walmart, was the owner, and/or lessor, and/or lessee of a motor vehicle at or about the Cross Bronx Expressway, Bronx, New York bearing Nebraska license plate number 40581W, which included the truck, tractor, and/or trailer.

FILED: BRONX COUNTY CLERK 12/23/2025 02:38 PM

NYSCEF DOC. NO. 1

INDEX NO. 826516/2025E

RECEIVED NYSCEF: 12/23/2025

4. At or about the aforesaid location, the TJX Companies, Inc. (hereinafter "TJX") was the owner, and/or lessor, and/or lessee of a motor vehicle at or about the Cross Bronx Expressway, Bronx, New York bearing Nebraska license plate number 40581W, which included the truck, tractor, and/or trailer.

5. At or about the aforesaid time and place, Defendant, JOHN DOE was the owner, and/or lessor, and/or lessee, and operator of a motor vehicle at or about the Cross Bronx Expressway, Bronx, New York bearing Nebraska license plate number 40581W, which included the truck, tractor and/or trailer.

6. At or about the aforesaid time and place, Defendant, JANE DOE was the owner, and/or lessee, and/or lessor, and operator of a motor vehicle at or about the Cross Bronx Expressway, Bronx, New York bearing Nebraska license plate number 40581W, which included the truck, tractor and/or trailer.

7. At or about the aforesaid time and place, Defendant, ABC Corp. was the owner and/or lessee, and/or lessor, of a motor vehicle operated by Ron Roe at or about the Cross Bronx Expressway, Bronx, New York bearing Nebraska license plate number 40581W, which included the truck, tractor, and/or trailer.

8. At or about the aforesaid time and place, Defendant, XYZ Corp. was the owner and/or lessee, and/or lessor, of a motor vehicle operated by Sue Soe at or about the Cross Bronx Expressway, Bronx, New York bearing Nebraska license plate number 40581W, which included the truck, tractor, and/or trailer.

9. At or about the aforesaid time and place, defendant WERNER, was the owner and/or lessee, and/or lessor, of a motor vehicle, which vehicle was being operated by an employee, agent and/or independent contractor of Werner and/or by an employee and/or independent

FILED: BRONX COUNTY CLERK 12/23/2025 02:38 PM
NYSCEF DOC. NO. 1

INDEX NO. 826516/2025E
RECEIVED NYSCEF: 12/23/2025

contractor of Walmart, which vehicle (tractor and/or trailer) was being operated with the permission and consent of Werner, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York.

10. At or about the aforesaid time and place, defendant WALMART, was the owner and/or lessee, and/or lessor, of a motor vehicle operated by an employee, agent and/or independent contractor of WALMART, which vehicle (tractor and/or trailer) was being operated with the permission and consent of the WALMART, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York.

11. At or about the aforesaid time and place, defendant TJX, was the owner and/or lessee, and/or lessor, of a motor vehicle owned by defendant. WERNER, which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York.

12. At or about the aforesaid time and place, defendant JOHN DOE, was the operator of a motor vehicle owned and/or leased by defendant, WERNER which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York.

13. At or about the aforesaid time and place, defendant JANE DOE, was the operator of a motor vehicle owned and/or leased by defendant, WERNER which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York

FILED: BRONX COUNTY CLERK 12/23/2025 02:38 PM

NYSCEF DOC. NO. 1

INDEX NO. 826516/2025E

RECEIVED NYSCEF: 12/23/2025

14. At or about the aforesaid time and place, defendant JOHN DOE, was the operator of a motor vehicle owned and/or leased by defendant, WALMART which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York.

15. At or about the aforesaid time and place, defendant JANE DOE, was the operator of a motor vehicle owned and/or leased by defendant, WALMART which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York

16. At or about the aforesaid time and place, defendant JOHN DOE, was the operator of a motor vehicle owned and/or leased by defendant, ABC CORP. which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York.

17. At or about the aforesaid time and place, defendant JOHN DOE, was the operator of a motor vehicle owned and/or leased by defendant, DEF CORP. which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York

18. At or about the aforesaid time and place, defendant JANE DOE, was the operator of a motor vehicle owned and/or leased by defendant, ABC CORP. which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or

FILED: BRONX COUNTY CLERK 12/23/2025 02:38 PM

NYSCEF DOC. NO. 1

INDEX NO. 826516/2025E

RECEIVED NYSCEF: 12/23/2025

lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York.

19. At or about the aforesaid time and place, defendant JANE DOE. was the operator of a motor vehicle owned and/or leased by defendant, DEF CORP. which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York

20. At or about the aforesaid time and place, defendant WERNER. was responsible to maintain, manage and control the operator of a motor vehicle owned and/or leased by defendant, WERNER., which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York.

21. At or about the aforesaid time and place, defendant WALMART, was responsible to maintain, manage and control the operator of a motor vehicle owned and/or leased by defendant, WERNER., which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York.

22. At or about the aforesaid time and place, defendant TJX, was responsible to maintain, manage and control the operator of a motor vehicle owned and/or leased by defendant, WERNER., which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway. Bronx, New York.

FILED: BRONX COUNTY CLERK 12/23/2025 02:38 PM

NYSCEF DOC. NO. 1

INDEX NO. 826516/2025E

RECEIVED NYSCEF: 12/23/2025

23. At or about the aforesaid time and place, defendant ABC Corp., was responsible to maintain, manage and control the operator of a motor vehicle owned and/or leased by defendant, WERNER., which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied. at or about the Cross-Bronx Expressway, Bronx, New York.

24. At or about the aforesaid time and place, defendant DEF CORP., was responsible to maintain, manage and control the operator of a motor vehicle owned and/or leased by defendant, WERNER., which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York.

25. At or about the aforesaid time and place, defendant WERNER, was responsible to maintain, manage and control the operator of a motor vehicle owned and/or leased by defendant, WALMART., which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York.

26. At or about the aforesaid time and place, defendant WALMART, was responsible to maintain, manage and control the operator of a motor vehicle owned and/or leased by defendant, WALMART., which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York.

27. At or about the aforesaid time and place, defendant TJX, was responsible to maintain, manage and control the operator of a motor vehicle owned and/or leased by defendant WERNER., which vehicle (tractor and/or trailer) was being operated with the permission

FILED: BRONX COUNTY CLERK 12/23/2025 02:38 PM

NYSCEF DOC. NO. 1

INDEX NO. 826516/2025E

RECEIVED NYSCEF: 12/23/2025

and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York

28. At or about the aforesaid time and place, defendant TJX, was responsible to maintain, manage and control the operator of a motor vehicle owned and/or leased by defendant, WALMART., which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York.

29. At or about the aforesaid time and place, defendant ABC Corp., was responsible to maintain, manage and control the operator of a motor vehicle owned and/or leased by defendant, WALMART, which vehicle (tractor and trailer) was being operated with the permission and consent of the owner, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York.

30. At or about the aforesaid time and place, defendant DEF CORP., was responsible to maintain, manage and control the operator of a motor vehicle owned and/or leased by defendant, WALMART, which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York.

31. At or about the aforesaid time and place, defendant WERNER, was responsible to maintain, manage and control the operator of a motor vehicle owned and/or leased by defendant, TJX, which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York.

FILED: BRONX COUNTY CLERK 12/23/2025 02:38 PM

NYSCEF DOC. NO. 1

INDEX NO. 826516/2025E

RECEIVED NYSCEF: 12/23/2025

32. At or about the aforesaid time and place, defendant WALMART, was responsible to maintain, manage and control the operator of a motor vehicle owned and/or leased by defendant, TJX., which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York.

33. At or about the aforesaid time and place, defendant TJX, was responsible to maintain, manage and control the operator of a motor vehicle owned and/or leased by defendant, TJX., which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York.

34. At or about the aforesaid time and place, defendant ABC Corp., was responsible to maintain, manage and control the operator of a motor vehicle owned and/or leased by defendant, TJX, which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York.

35. At or about the aforesaid time and place, defendant DEF CORP., was responsible to maintain, manage and control the operator of a motor vehicle owned and/or leased by defendant, TJX., which vehicle (tractor and/or trailer) was being operated with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross-Bronx Expressway, Bronx, New York.

36. At or about the aforesaid time and place, defendant, John Doe, was in the course of his employment at the time of the accident herein and was operating the operator of a motor vehicle (tractor and/or trailer) with the permission and consent of the owner and/or lessor,

FILED: BRONX COUNTY CLERK 12/23/2025 02:38 PM

NYSCEF DOC. NO. 1

INDEX NO. 826516/2025E

RECEIVED NYSCEF: 12/23/2025

and/or lessee, expressed or implied, at or about the Cross Bronx Expressway, Bronx, New York.

37. At or about the aforesaid time and place, defendant, Jane Doe, was in the course of his employment at the time of the accident herein and was operating the operator of a motor vehicle (tractor and/or trailer) with the permission and consent of the owner, and/or lessee, and/or lessor, expressed or implied, at or about the Cross Bronx Expressway, Bronx, New York.

38. That at all times hereinafter mentioned, it is the obligation, duty and responsibility of the owner to maintain its vehicle (tractor and/or trailer) and store, garage and park the vehicle in a safe, secure place to make sure that the vehicle is not removed for any reason without its permission and consent.

39. That the failure of the owner of the vehicle (tractor and/or trailer) to fail to maintain the vehicle in a safe, secure place and keep track of the whereabouts of the vehicle and launch an instrument of harm into the public is negligence and a violation of a duty of care owed to the Plaintiff.

40. As a direct and proximate result of the negligence of the Defendants, each and every one of them, the Plaintiff was caused to suffer and sustain severe personal injuries, both temporary and permanent consequential limitation of use of a body organs and members, suffered significant limitations of use of the body functions or systems, has in the past and will in the future be cause to suffer severe pain, anguish and emotional distress, has in the past and will in the future be incapacitated, limited and restricted in the her normal activities and occupations and has in the past and will in the future be caused to expend substantial sums of money for medical treatment in an effort to relieve her pain and cure her injuries.

FILED: BRONX COUNTY CLERK 12/23/2025 02:38 PM

NYSCEF DOC. NO. 1

INDEX NO. 826516/2025E

RECEIVED NYSCEF: 12/23/2025

WHEREFORE, Plaintiff, MARIA RENDON, demands judgment against the Defendants, , each of them in the sum of Five Million ($5,000,000.00) Dollars together with the costs and disbursements of this action

## AS AND FOR A SECOND CAUSE OF ACTION

41. Plaintiff repeats each and every allegation repeat, reiterate and reallege each and every allegation set forth in paragraphs "1" through "47" with the same force and effect as if more fully set forth herein

42. ;At all times hereinafter relevant the defendant, New Jersey Manufacturers Insurance Company, is an insurance company authorized to do business in the State of New Jersey.

43. At all times relevant, the Defendant, New Jersey Manufacturers Insurance Company, insured plaintiff under policy number F10583138-2, which policy provided plaintiff with uninsured motor coverage.

44. On or about September 29, 2023, plaintiff Maria Rendon, was the operator of a motor vehicle which was struck by an allegedly stolen vehicle, and was involved in a motor vehicle accident.

45. At all times hereinafter mentioned, the Defendant New Jersey Manufacturers Insurance Company, is an insurance company authorized to do business and with its principal place of business and its incorporation in the State of New Jersey.

46. At all times relevant, Defendant, New Jersey Manufacturer's Insurance Company insured the plaintiff under the policy, where said policy provided Plaintiff with Uninsured/Underinsured Motorist Coverage.

47. As a result of the aforesaid motor vehicle accident, Plaintiff sustained multiple bodily injuries both temporary and permanent in nature, permanent consequential limitations of

FILED: BRONX COUNTY CLERK 12/23/2025 02:38 PM
NYSCEF DOC. NO. 1

INDEX NO. 826516/2025E
RECEIVED NYSCEF: 12/23/2025

use of body organs and members, suffered significant limitations of use of body functions or systems, has in the past and will in the future be caused to suffer severe pain, anguish and emotional distress, has in the past and will in the future be incapacitated, limited and restricted in his normal activities and occupations, and has in the past and will in the future be caused to expend substantial sums of money for medical treatment in an effort to relieve her pain and cure her injuries.

48. The Plaintiff has fully complied with the conditions and terms of the aforementioned policy and has made claim against the defendant, New Jersey Manufacturers Insurance Company for payment of the benefits afforded by the policy.

49. Despite repeated requests, the Defendant, New Jersey Manufacturers Insurance Company has failed to make or offer payment of the Uninsured/Underinsured Motorist Benefits that the Plaintiff is entitled to under aforesaid policy.

WHEREFORE Plaintiff, Maria Rendon, demands judgment against New Jersey Manufacturers Insurance Company for damages provided under the terms of the aforesaid policy together with interest, costs of suit and counsel fees.

Dated: Quogue, New York
December 22, 2025

Yours, etc.,

CHARLES M. HAMMER, ESQ.
Attorney for Plaintiff
3 Barker Lane
P.O. Box 1038
Quogue, New York  11959
(631) 996-2838

FILED: BRONX COUNTY CLERK 12/23/2025 02:38 PM

NYSCEF DOC. NO. 1

INDEX NO. 826516/2025E

RECEIVED NYSCEF: 12/23/2025

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

_____X

MARIA RENDON,                                                    INDEX NO:

         Plaintiff,                               ATTORNEY VERIFICATION

vs.

WERNER ENTERPRISES, INC., WALMART, INC., TJX
COMPANIES, INC., JOHN DOE, JANE DOE, RON ROE,
SUE SOE, ABC Corp., XYZ Corp, and NEW JERSEY
MANUFACTURERS INSURANCE COMPANY

        Defendants.

_____X

        Charles M. Hammer, an attorney duly admitted to practice law in the State of New York, makes the following affirmation under the penalty of perjury:

I am of the firm of CHARLES M. HAMMER, ESQ., the attorney of record for the Plaintiff, Maria Rendon..

I have read the foregoing Summons and Complaint and know the contents thereof; the same is true to my own knowledge except as to the matters therein stated to be alleged on information and belief and that as to those matters, I believe them to be true.

This verification is made by affirmant and not by plaintiff because plaintiff is not in the County of Suffolk which is where your affirmant maintains offices.

The grounds of affirmant's belief as to all matters not stated upon affirmant's knowledge are correspondence had with the said plaintiff, information contained in the said plaintiff's file which is in affirmant's possession, and other pertinent data relating thereto.

Dated: Quogue, New York
      December 22, 2025

_____
CHARLES M. HAMMER, ESQ

APR 2 7 2026